## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Tamara Paradissis<br>Debtor(s) | CHAPTER 7 |
| PENNSYLVANIA HOUSING FINANCE AGENCY<br>Movant<br>vs.<br>Tamara Paradissis<br>Debtor(s) | NO. 17-16197 JKF<br><br>11 U.S.C. Section 362 |
| Robert H. Holber Esq.<br>Trustee | |

### ORDER

AND NOW, this 12th day of December, 2017 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362, is modified with respect to the subject premises located at 1628 Super Highway, Langhorne, PA 19047 ("Property"), as to Movant, its successors or assignees.

_____
United States Bankruptcy Judge.
Jean K. FitzSimon

cc: See attached service list

Tamara Paradissis
1628 Super Highway
Langhorne, PA 19047

Joseph J. Phillips
1628 Super Highway
Langhorne , PA 19047


Kristine A. Michael, Esq.
105-A E. Maple Avenue (VIA ECF)
Langhorne, PA 19047

Robert H. Holber Esq.
41 East Front Street (VIA ECF)
Media, PA 19063

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532