Certificate Number: 02921-PAE-DE-030300824

Bankruptcy Case Number: 17-16197



02921-PAE-DE-030300824

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 12, 2017, at 12:45 o'clock AM EST, Tamara J. Paradissis completed a course on personal financial management given by internet by Credit Counseling Center, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   December 13, 2017          By:   /s/Joan B Reading

                                    Name:   Joan B Reading

                                    Title:   President