Case 17-16197-jkf    Doc 27    Filed 12/14/17    Entered 12/15/17 01:05:50    Desc Imaged
                                Certificate of Notice    Page 1 of 3

```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
```

In re:                                                         Case No. 17-16197-jkf
Tamara Paradissis                                              Chapter 7
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2           User: John              Page 1 of 1              Date Rcvd: Dec 12, 2017
                               Form ID: pdf900         Total Noticed: 7

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 14, 2017.
db             #+Tamara Paradissis,    1628 Super Highway,    Langhorne, PA 19047-3751
14009101        +Pennsylvania Housing Finance Agency,    c/o REBECCA ANN SOLARZ,    KML Law Group, P.C.,
                  710 Market Street, Suite 5000,    Philadelphia, PA 19106-2312

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Dec 13 2017 01:11:37     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA   19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 13 2017 01:11:22
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA   17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 13 2017 01:11:33     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Dec 13 2017 01:12:14     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13982256        E-mail/Text: blegal@phfa.org Dec 13 2017 01:11:29     Pennsylvania Housing Finance Agency,
                 PO Box 15057,    Harrisburg, PA 17105-5057
                                                                                              TOTAL: 5

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2017                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 12, 2017 at the address(es) listed below:
              KRISTINE A. MICHAEL    on behalf of Debtor Tamara  Paradissis kmichaelesquire@hotmail.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Pennsylvania Housing Finance Agency
               bkgroup@kmllawgroup.com
              ROBERT H. HOLBER    on behalf of Trustee ROBERT H. HOLBER trustee@holber.com,
               rholber@ecf.epiqsystems.com
              ROBERT H. HOLBER     trustee@holber.com,   rholber@ecf.epiqsystems.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 5
```

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Tamara Paradissis<br>　　　　　　　　　　Debtor(s) | CHAPTER 7 |
| PENNSYLVANIA HOUSING FINANCE AGENCY<br>　　　　　　　　　　Movant<br>　　vs. | NO. 17-16197 JKF |
| Tamara Paradissis<br>　　　　　　　　　　Debtor(s) | 11 U.S.C. Section 362 |
| Robert H. Holber Esq.<br>　　　　　　　　　　Trustee | |

## ORDER

AND NOW, this 12th day of December, 2017 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362, is modified with respect to the subject premises located at 1628 Super Highway, Langhorne, PA 19047 ("Property), as to Movant, its successors or assignees.

_____
United States Bankruptcy Judge.
Jean K. FitzSimon

cc: See attached service list

Tamara Paradissis
1628 Super Highway
Langhorne, PA 19047

Joseph J. Phillips
1628 Super Highway
Langhorne , PA 19047


Kristine A. Michael, Esq.
105-A E. Maple Avenue (VIA ECF)
Langhorne, PA 19047

Robert H. Holber Esq.
41 East Front Street (VIA ECF)
Media, PA 19063

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532