**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

In re  **Tamara Paradissis**                                                                 Case No.  17-16197
                                          Debtor(s)                                          Chapter  **7**

# ORDER

The motion of the above-named debtor,  **Tamara Paradissis**, to avoid the lien of the respondent,  **Cavalry Spv I, LLC**  is sustained. The lien is a judicial lien that impairs the exemption and is of record as follows:

**Bucks County Court of Common Pleas, 2015-06873, in the amount of $5,487.53**

Unless debtor's bankruptcy case is dismissed, the lien of the respondent is hereby extinguished and the lien shall not survive bankruptcy or affix to or remain enforceable against the aforementioned property of the debtor.

  **Cavalry Spv I, LLC, as assignee of**   shall take all steps necessary to remove any record of the lien from the aforementioned property of the debtor.

Dated_____, 20____

                                                                                          _____
                                                                                          **U.S. BANKRUPTCY JUDGE**