# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re **Tamara Paradissis** | Case No. 17-16197 |
| Debtor(s) | Chapter **7** |

### Motion to Avoid Judicial Lien on Personal Property

1. Debtor, **Tamara Paradissis**, commenced this case on **September 12, 2017** by filing a voluntary petition for relief under Chapter 7 Title 11 of the United States Bankruptcy Code.

2. This court has jurisdiction over this motion, filed pursuant to 11 U.S.C. Sec. 522(f) to avoid and cancel a judicial lien held by **Midland Funding LLC** on property held by the debtor.

3. On **October 13, 2016**, creditors recorded a judicial lien against the following debtor's property:

**All property of Debtor**

The said judicial lien is entered of record as follows:

**Bucks County Court of Common Pleas, 2016-06331, in the amount of $1,736.07**

4. All such possessions of debtor(s) have been claimed as fully exempt in their bankruptcy case.

5. The existence of **Midland Funding LLC** lien on debtor's household and personal goods impairs exemptions to which the debtor(s) would be entitled under 11 U.S.C. Sec. 522(b).

WHEREFORE, debtor(s) pray for an order against **Midland Funding LLC** avoiding and canceling the judicial lien in the above-mentioned property, and for such additional or alternative relief as may be just and proper.

| | |
|---|---|
| Date **January 5, 2018** | Signature **/s/ Tamara Paradissis** |
| | **Tamara Paradissis** |
| | Debtor |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy