**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

In re  **Tamara Paradissis**                          Case No.  17-16197
                                   Debtor(s)            Chapter  **7**

# ORDER

The motion of the above-named debtor, __Tamara Paradissis__, to avoid the lien of the respondent, __Midland Funding LLC__ is sustained. The lien is a judicial lien that impairs the exemption and is of record as follows:

**Bucks County Court of Common Pleas, 2016-06331, in the amount of $1,736.07**

Unless debtor's bankruptcy case is dismissed, the lien of the respondent is hereby extinguished and the lien shall not survive bankruptcy or affix to or remain enforceable against the aforementioned property of the debtor.

__Midland Funding LLC__ shall take all steps necessary to remove any record of the lien from the aforementioned property of the debtor.

Dated_____, 20____

                                                                               **U.S. BANKRUPTCY JUDGE**