# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **Tamara Paradissis**                                      Case No.   17-16197
                                       Debtor(s)                  Chapter    **7**

## Motion to Avoid Judicial Lien on Personal Property

1. Debtor, __Tamara Paradissis__, commenced this case on __September 12, 2017__ by filing a voluntary petition for relief under Chapter 7 Title 11 of the United States Bankruptcy Code.

2. This court has jurisdiction over this motion, filed pursuant to 11 U.S.C. Sec. 522(f) to avoid and cancel a judicial lien held by __TD Bank USA__ on property held by the debtor.

3. On **June 6, 2017**, creditors recorded a judicial lien against the following debtor's property:

**All property of Debtor**

The said judicial lien is entered of record as follows:

**Bucks County Court of Common Pleas, 2017-01717, in the amount of $4,570.19**

4. All such possessions of debtor(s) have been claimed as fully exempt in their bankruptcy case.

5. The existence of __TD Bank USA__ lien on debtor's household and personal goods impairs exemptions to which the debtor(s) would be entitled under 11 U.S.C. Sec. 522(b).

WHEREFORE, debtor(s) pray for an order against __TD Bank USA__ avoiding and canceling the judicial lien in the above-mentioned property, and for such additional or alternative relief as may be just and proper.

Date **January 5, 2018**                    Signature  **/s/ Tamara Paradissis**
                                                       **Tamara Paradissis**
                                                       Debtor