# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **Tamara Paradissis**                                                          Case No.   17-16197
Debtor(s)                                                       Chapter   **7**

## Motion to Avoid Judicial Lien on Personal Property

1. Debtor,  **Tamara Paradissis**  , commenced this case on  **September 12, 2017**  by filing a voluntary petition for relief under Chapter 7 Title 11 of the United States Bankruptcy Code.

2. This court has jurisdiction over this motion, filed pursuant to 11 U.S.C. Sec. 522(f) to avoid and cancel a judicial lien held by  **Portfolio Recovery Associates, LLC**   on property held by the debtor.

3. On **November 2, 2016 and December 12, 2016**, creditors recorded a judicial lien against the following debtor's property:

**All property of Debtor**

The said judicial lien is entered of record as follows:

**Bucks County Court of Common Pleas, 2016-01861, in the amount of $2,733.22 and 2016-05947 in the amount of $4,663.76**

4. All such possessions of debtor(s) have been claimed as fully exempt in their bankruptcy case.

5. The existence of  **Portfolio Recovery Associates, LLC**   lien on debtor's household and personal goods impairs exemptions to which the debtor(s) would be entitled under 11 U.S.C. Sec. 522(b).

WHEREFORE, debtor(s) pray for an order against  **Portfolio Recovery Associates, LLC**   avoiding and canceling the judicial lien in the above-mentioned property, and for such additional or alternative relief as may be just and proper.

Date  **January 5, 2018**                                         Signature  **/s/ Tamara Paradissis**
                                                                                       **Tamara Paradissis**
                                                                                       Debtor