**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

In re  **Tamara Paradissis**                                                          Case No.   17-16197
                                                    Debtor(s)            Chapter    **7**

# ORDER

The motion of the above-named debtor, __Tamara Paradissis__, to avoid the lien of the respondent Portfolio Recovery Associates, LLC is sustained. The lien is a judicial lien that impairs the exemption and is of record as follows:

**Bucks County Court of Common Pleas, 2016-01861, in the amount of $2,733.22 and 2016-05947 in the amount of $4,663.76**

Unless debtor's bankruptcy case is dismissed, the lien of the respondent is hereby extinguished and the lien shall not survive bankruptcy or affix to or remain enforceable against the aforementioned property of the debtor.

Portfolio Recovery Associates, LLC shall take all steps necessary to remove any record of the lien from the aforementioned property of the debtor.

Dated_____, 20____                                 _____
                                                                                                  **U.S. BANKRUPTCY JUDGE**