## IN THE BANKRUPTCY COURT OF PENNSYLVANIA
## EASTERN DISTRICT

IN RE:

TAMARA PARADISSIS                          :          Case No. 2014-16981
                          Debtor           :          Chapter 7

## CERTIFICATE OF SERVICE

I hereby certify that I am this day service the **MOTION TO AVOID JUDICIAL LIEN** upon the persons and in the matter indicated below which service satisfies the requirements of Pa.R.A.P. 121:

See attached.

01/5/2018                              _____/s/ Kristine A. Michael_____
                                       Kristine A. Michael
                                       Attorney for Debtor / Movant

<u>Service by first class mail addressed as follows:</u>

Trustee:          Robert Holber, Esq.
                  41 East Front Street
                  Media, PA 19063

U.S. Trustee:     Office of the U.S. Trustee
                  601 Walnut Street
                  Curtis Center, Suite 950
                  Philadelphia, PA 19106

Creditor:

Andrew Zaro
CEO, President
Cavalry SPC LLC
500 Summit Lake Drive
Suite 400
Valhala, NY 10595-1340