**IN THE BANKRUPTCY COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

IN RE:

| | | |
|---|---|---|
| TAMARA PARADISSIS | : | Case No. 2014-16981 |
| Debtor | : | Chapter 7 |

**CERTIFICATE OF SERVICE**

  I hereby certify that I am this day service the **MOTION TO AVOID JUDICIAL LIEN** upon the persons and in the matter indicated below which service satisfies the requirements of Pa.R.A.P. 121:

See attached.

01/5/2018                /s/ Kristine A. Michael
                     Kristine A. Michael
                     Attorney for Debtor / Movant

<u>Service by first class mail addressed as follows:</u>

Trustee:            Robert Holber, Esq.
                    41 East Front Street
                    Media, PA 19063

U.S. Trustee:       Office of the U.S. Trustee
                    601 Walnut Street
                    Curtis Center, Suite 950
                    Philadelphia, PA 19106

Creditor:

Ashish Marih
CEO, President
Midland Funding, LLC
2365 Northside Drive
Suite 300
San Diego, CA 92108