**IN THE BANKRUPTCY COURT OF PENNSYLVANIA
EASTERN DISTRICT**

IN RE:

TAMARA PARADISSIS                  :     Case No. 2014-16981
                 Debtor       :     Chapter 7

**CERTIFICATE OF SERVICE**

       I hereby certify that I am this day service the **MOTION TO AVOID JUDICIAL LIEN** upon the persons and in the matter indicated below which service satisfies the requirements of Pa.R.A.P. 121:

See attached.


01/5/2018                                         /s/ Kristine A. Michael
                                               Kristine A. Michael
                                               Attorney for Debtor / Movant

<u>Service by first class mail addressed as follows:</u>

Trustee:	Robert Holber, Esq.
	41 East Front Street
	Media, PA 19063

U.S. Trustee:	Office of the U.S. Trustee
	601 Walnut Street
	Curtis Center, Suite 950
	Philadelphia, PA 19106

Creditor:

Steve Fredrickson
Chairman and CEO
Portfolio Recovery Associates, LLC
120 Corporate Blvd
Norfolk, VA 23502