**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

TAMARA PARADISSIS : Case No. 2017-16197
　　　　　　　Debtor : Chapter 7

**NOTICE OF MOTION TO AVOID JUDICIAL LIEN**

TAMARA PARADISSIS has filed A MOTION with the court to AVOID JUDICIAL LIEN.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court grant the relief requested, or if you want the court to consider your views on the Motion, then on or before January 20, 2018, you or your attorney must: File with the court a written response explaining your position at:

　　　　Clerk's Office, US Bankruptcy Court
　　　　Robert N. C. Nix Building, Suite 400
　　　　900 Market Street
　　　　Philadelphia, PA 19107-4299

If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

You must also mail a copy to:

　　　　Kristine A. Michael, Esquire
　　　　105-A E. Maple Avenue
　　　　Langhorne, PA 19047
　　　　215-702-9890

Attend the hearing scheduled to be held on January 24, 2018, at 9:30 a.m. in Courtroom 3, United States Bankruptcy Court, in the Robert N. C. Nix Building, 900 Market Street, Philadelphia PA with the Honorable Jean K. FitzSimon.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

__1/5/18____　　　　　　　　　　　　　　　　__/s/ Kristine A. Michael_____
Date　　　　　　　　　　　　　　　　　　　　Kristine A. Michael, Esquire
　　　　　　　　　　　　　　　　　　　　　　105-A E. Maple Avenue
　　　　　　　　　　　　　　　　　　　　　　Langhorne, PA 19047
　　　　　　　　　　　　　　　　　　　　　　215-702-9890