**IN THE BANKRUPTCY COURT OF PENNSYLVANIA
EASTERN DISTRICT**

IN RE:

TAMARA PARADISSIS  :  Case No.  2017-16197
          Debtor  :  Chapter 7

**CERTIFICATE OF SERVICE**

      I hereby certify that I am this day service the **MOTION TO AVOID JUDICIAL LIEN** upon the persons and in the matter indicated below which service satisfies the requirements of Pa.R.A.P. 121:

See attached.


01/5/2018                                                   /s/ Kristine A. Michael
                                                        Kristine A. Michael
                                                        Attorney for Debtor / Movant

<u>Service by first class mail addressed as follows:</u>

Trustee:          Robert Holber, Esq.
                  41 East Front Street
                  Media, PA 19063

U.S. Trustee:     Office of the U.S. Trustee
                  601 Walnut Street
                  Curtis Center, Suite 950
                  Philadelphia, PA 19106

Creditor:

Andrew Zaro
CEO, President
Cavalry SPC LLC
500 Summit Lake Drive
Suite 400
Valhala, NY 10595-1340