**IN THE BANKRUPTCY COURT OF PENNSYLVANIA
EASTERN DISTRICT**

IN RE:

TAMARA PARADISSIS           :         Case No.  2017-16197
          Debtor           :         Chapter 7

**CERTIFICATE OF SERVICE**

     I hereby certify that I am this day service the **MOTION TO AVOID JUDICIAL LIEN** upon the persons and in the matter indicated below which service satisfies the requirements of Pa.R.A.P. 121:

See attached.


01/5/2018                                             /s/ Kristine A. Michael
                                             Kristine A. Michael
                                             Attorney for Debtor / Movant

Service by first class mail addressed as follows:

Trustee: Robert Holber, Esq.
41 East Front Street
Media, PA 19063

U.S. Trustee: Office of the U.S. Trustee
601 Walnut Street
Curtis Center, Suite 950
Philadelphia, PA 19106

Creditor:

Steve Fredrickson
Chairman and CEO
Portfolio Recovery Associates, LLC
120 Corporate Blvd
Norfolk, VA 23502