**IN THE BANKRUPTCY COURT OF PENNSYLVANIA
EASTERN DISTRICT**

IN RE:

TAMARA PARADISSIS        :    Case No. 2017-16197
          Debtor        :    Chapter 7

**CERTIFICATE OF SERVICE**

      I hereby certify that I am this day service the **MOTION TO AVOID JUDICIAL LIEN** upon the persons and in the matter indicated below which service satisfies the requirements of Pa.R.A.P. 121:

See attached.

01/5/2018                                        /s/ Kristine A. Michael
                                                 Kristine A. Michael
                                                 Attorney for Debtor / Movant

<u>Service by first class mail addressed as follows:</u>

Trustee:            Robert Holber, Esq.
                    41 East Front Street
                    Media, PA 19063

U.S. Trustee:       Office of the U.S. Trustee
                    601 Walnut Street
                    Curtis Center, Suite 950
                    Philadelphia, PA 19106

Creditor:

Gregory B. Braca
CEO, President
TD Bank
Toronto-Dominion Centre
Toronto, Ontario M5K IA
Canada