**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

TAMARA PARADISSIS                    :        Case No. 2014-16981
                    Debtor        :        Chapter 7


**CERTIFICATE OF NO OBJECTION / RESPONSE**


       The undersigned hereby certifies that no answer and/or objection, other responsive

pleading or request for a hearing has been filed by any party on or before the last filing date of

January 20, 2018, regarding the Motion to Avoid Lien of MIDLAND FUNDING LLC, and

therefore said Motion, being uncontested, debtor respectfully requests the Court to enter the

Order attached to the Motion and cancel the hearing scheduled for January 24, 2018.



     January 23, 2018                    /s/ Kristine A. Michael      .
Date                                        Kristine A. Michael, Esquire
                                        Attorney for Debtor
                                        Attorney ID# 74842
                                        105A E. Maple Avenue
                                        Langhorne, PA 19047
                                        215-702-9890