**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

TAMARA PARADISSIS                    :        Case No. 2014-16981
                        Debtor       :        Chapter 7

**CERTIFICATE OF NO OBJECTION / RESPONSE**

　　　　The undersigned hereby certifies that no answer and/or objection, other responsive pleading or request for a hearing has been filed by any party on or before the last filing date of January 20, 2018, regarding the Motion to Avoid Lien of PORTFOLIO RECOVERY ASSOCIATES LLC, and therefore said Motion, being uncontested, debtor respectfully requests the Court to enter the Order attached to the Motion and cancel the hearing scheduled for January 24, 2018.


　　January 23, 2018　　　　　　　　　　　　　　　　/s/ Kristine A. Michael　　　　．
Date                                              Kristine A. Michael, Esquire
                                                  Attorney for Debtor
                                                  Attorney ID# 74842
                                                  105A E. Maple Avenue
                                                  Langhorne, PA 19047
                                                  215-702-9890