**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

TAMARA PARADISSIS                    :        Case No. 2014-16981
                          Debtor      :        Chapter 7


**CERTIFICATE OF NO OBJECTION / RESPONSE**


     The undersigned hereby certifies that no answer and/or objection, other responsive

pleading or request for a hearing has been filed by any party on or before the last filing date of

January 20, 2018, regarding the Motion to Avoid Lien of TD BANK USA NA, and therefore said

Motion, being uncontested, debtor respectfully requests the Court to enter the Order attached to

the Motion and cancel the hearing scheduled for January 24, 2018.


     __January 23, 2018__                    ____/s/ Kristine A. Michael_____.
Date                                                          Kristine A. Michael, Esquire
                                                              Attorney for Debtor
                                                              Attorney ID# 74842
                                                              105A E. Maple Avenue
                                                              Langhorne, PA 19047
                                                              215-702-9890