**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

In re  **Tamara Paradissis**  Case No.  17-16197
Debtor(s)  Chapter  **7**

# ORDER

The motion of the above-named debtor,  **Tamara Paradissis**, to avoid the lien of the respondent,  **TD Bank USA NA**  is sustained. The lien is a judicial lien that impairs the exemption and is of record as follows:

**Bucks County Court of Common Pleas, 2017-01717, in the amount of $4,570.19**

Unless debtor's bankruptcy case is dismissed, the lien of the respondent is hereby extinguished and the lien shall not survive bankruptcy or affix to or remain enforceable against the aforementioned property of the debtor.

  **TD Bank USA NA**   shall take all steps necessary to remove any record of the lien from the aforementioned property of the debtor.

Dated  February 26 , 2018

**U.S. BANKRUPTCY JUDGE**