United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Tamara Paradissis  
    Debtor

Case No. 17-16197-jkf  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2   User: Jennifer   Page 1 of 1   Date Rcvd: Feb 27, 2018  
                 Form ID: pdf900   Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2018.  
db        #+Tamara Paradissis,    1628 Super Highway,    Langhorne, PA 19047-3751

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
13982225      E-mail/Text: bankruptcy@cavps.com Feb 28 2018 02:25:10     Cavalry Spv I, LLC, as assignee of,    Synchrony Bank/Lowes,    500 Summit Lake Drive, Ste. 400,    Valhalla, NY 10595-1340  
                                                                              TOTAL: 1

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2018                                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2018 at the address(es) listed below:  
        KRISTINE A. MICHAEL    on behalf of Debtor Tamara  Paradissis kmichaelesquire@hotmail.com  
        REBECCA ANN SOLARZ    on behalf of Creditor    Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com  
        ROBERT H. HOLBER    trustee@holber.com,   rholber@ecf.epiqsystems.com  
        ROBERT H. HOLBER    on behalf of Trustee ROBERT H. HOLBER trustee@holber.com,   rholber@ecf.epiqsystems.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM EDWARD CRAIG    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com  
                                                                                                                                      TOTAL: 6

# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **Tamara Paradissis**                                   Case No.  17-16197
                           Debtor(s)                           Chapter   **7**

# ORDER

The motion of the above-named debtor,   **Tamara Paradissis**  , to avoid the lien of the respondent,   **Cavalry Spv I, LLC**   is sustained. The lien is a judicial lien that impairs the exemption and is of record as follows:

**Bucks County Court of Common Pleas, 2015-06873, in the amount of $5,487.53**

Unless debtor's bankruptcy case is dismissed, the lien of the respondent is hereby extinguished and the lien shall not survive bankruptcy or affix to or remain enforceable against the aforementioned property of the debtor.

  **Cavalry Spv I, LLC, as assignee of**   shall take all steps necessary to remove any record of the lien from the aforementioned property of the debtor.

Dated  **February 26** , 20 **18**

                                             **U.S. BANKRUPTCY JUDGE**