United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Tamara Paradissis  
    Debtor

Case No. 17-16197-jkf  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Jennifer     Page 1 of 1     Date Rcvd: Mar 05, 2018  
                            Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 07, 2018.  
db          #+Tamara Paradissis,    1628 Super Highway,    Langhorne, PA 19047-3751

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                           TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2018                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 5, 2018 at the address(es) listed below:  
         KRISTINE A. MICHAEL    on behalf of Debtor Tamara  Paradissis kmichaelesquire@hotmail.com  
         REBECCA ANN SOLARZ    on behalf of Creditor    Pennsylvania Housing Finance Agency  bkgroup@kmllawgroup.com  
         ROBERT H. HOLBER    trustee@holber.com,    rholber@ecf.epiqsystems.com  
         ROBERT H. HOLBER    on behalf of Trustee ROBERT H. HOLBER trustee@holber.com, rholber@ecf.epiqsystems.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM EDWARD CRAIG    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer  Services ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com  
                                                                                                                                     TOTAL: 6

**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

In re   **Tamara Paradissis**                                              Case No.   17-16197
                              Debtor(s)                                    Chapter    **7**

# ORDER

The motion of the above-named debtor,   **Tamara Paradissis**  , to avoid the lien of the respondent Portfolio Recovery Associates, LLC  is sustained. The lien is a judicial lien that impairs the exemption and is of record as follows:

**Bucks County Court of Common Pleas, 2016-01861, in the amount of $2,733.22 and 2016-05947 in the amount of $4,663.76**

Unless debtor's bankruptcy case is dismissed, the lien of the respondent is hereby extinguished and the lien shall not survive bankruptcy or affix to or remain enforceable against the aforementioned property of the debtor.

Portfolio Recovery Associates, LLC shall take all steps necessary to remove any record of the lien from the aforementioned property of the debtor.

Dated  **March 2**              , 20 **18**

**U.S. BANKRUPTCY JUDGE**